# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|  |  |
|---|---|
| Ruhi Reimer | ) |
|    Plaintiff, | ) |
| v. | )  CIVIL ACTION NO. 1:23-cv-741 |
| Lord & Taylor Ecomm LLC, | ) |
| doing business as Lord & Taylor | ) |
|    Defendant. | ) |

## **ENTRY OF DEFAULT**

In accordance with plaintiff's request to enter default and affidavit of William Robinson III, counsel of record for plaintiff, the Clerk of this Court does hereby enter the default of Lord & Taylor Ecomm LLC d/b/a Lord & Taylor for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

                 FERNANDO GALINDO
                 CLERK OF COURT


                 BY: /s/
                 N. Neblett
                 DEPUTY CLERK

DATED: 10/5/2023