UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RUHI REIMER, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LORD & TAYLOR ECOMM LLC d/b/a LORD & TAYLOR<br><br>    Defendant. | Case No. 1:23-cv-00741-PTG-JFA |

### NOTICE OF DISMISSAL

Plaintiff, RUHI REIMER, hereby dismisses his claims against Defendant LORD & TAYLOR ECOMM LLC d/b/a LORD & TAYLOR without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 14, 2023

*So ordered 11/15/23*

/s/
_____
Patricia Tolliver Giles
United States District Judge

Respectfully Submitted,

/s/ *William P. Robinson III*
William P. Robinson III
Robinson Law
1934 Old Gallows Road
Suite 350K
Vienna, VA 22182
(708) 789-4800
william@robinsonlaw.com

/s/ *Mohammed O. Badwan*
Mohammed O. Badwan (PHV)
Sulaiman Law Group, Ltd.
2500 S. Highland Ave.
Suite 2500
(630) 575-8180
mbadwan@sulaimanlaw.com

1